# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130529(57)
130591(57)
130594(57)

DEBRA JACKSON, Successor Personal
Representative of the Estate of Shirley
Jackson, Deceased,
            Plaintiff-Appellee,

v

HENRY FORD HEALTH SYSTEM,
a/k/a HENRY FORD HOSPITAL,
MICHAEL S. EICHENHORN, M.D.,
and VENCOR HOSPITAL, a/k/a
KINDRED HOSPITALS EAST,
L.L.C., d/b/a KINDRED HOSPITAL
DETROIT,
            Defendants-Appellees,
and

MICHIGAN HOSPITALISTS, P.C.,
and MASOOD AHMAD, M.D.,
            Defendants-Appellants,
and

HARPEL S. JANDE, M.D.,
            Defendant.
_____/

DEBRA JACKSON, Successor
Personal Representative of the
Estate of Shirley Jackson, Deceased,
            Plaintiff-Appellee,

v

HENRY FORD HEALTH SYSTEM,
a/k/a HENRY FORD HOSPITAL,
MICHAEL S. EICHENHORN, M.D.,
MICHIGAN HOSPITALISTS, P.C.,
MASOOD AHMAD, M.D., and

SC: 130529
COA: 263766
Wayne CC: 04-421501-NH

SC: 130591
COA: 263766
Wayne CC: 04-421501-NH

HARPEL S. JANDE, M.D.,
            Defendants-Appellees,
and

VENCOR HOSPITAL, a/k/a KINDRED
HOSPITALS EAST, L.L.C., d/b/a
KINDRED HOSPITAL DETROIT,
            Defendant-Appellant..

_____/

DEBRA JACKSON, Successor
Personal Representative of the
Estate of Shirley Jackson, Deceased,
            Plaintiff-Appellee,

v                                                            SC: 130594
                                                             COA: 263766
                                                             Wayne CC: 04-421501-NH

HENRY FORD HEALTH SYSTEM,
a/k/a HENRY FORD HOSPITAL,
and MICHAEL S. EICHENHORN, M.D.,
            Defendants-Appellants,
and

VENCOR HOSPITAL, a/k/a KINDRED
HOSPITALS EAST, L.L.C., d/b/a
KINDRED HOSPITAL DETROIT,
MICHIGAN HOSPITALISTS, P.C.,
and MASOOD AHMAD, M.D.,
            Defendants-Appellees,
and

HARPEL S. JANDE, M.D.,
            Defendant.

_____/

On order of the Court, the motion for reconsideration of this Court's October 17, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

_____
                                                             Clerk

d0317